UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1688-GW-BFMx | Date | June 11, 2025 |
|---|---|---|---|
| Title | *United African-Asian Abilities Club v. Ojai Mira-Monte, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On June 10, 2025, Defendant Ojai Mira-Monte, LLC filed a Notice of Settlement [12]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 14, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 10, 2025

:

Initials of Preparer   JG